**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DIVYA GARAPATI and ANIL KUMAR BETA,<br>Plaintiffs,<br><br>v.<br><br>JOSEPH B. EDLOW, Director, U.S. Citizenship and Immigration Services, et al.,<br>Defendants. | Civil Action No.<br>2:26-cv-12990-JKS-JRA |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Divya Garapati and Anil Kumar Beta hereby voluntarily dismiss this action, in its entirety, without prejudice. Defendants have not served an answer or a motion for summary judgment in this action.

Dated: 10/20/2026

Respectfully submitted,

______________________
Divya Garapati, Pro Se

______________________
Anil Kumar Beta, Pro Se

42-1 Indian Spring Road
Budd Lake, NJ 07828
Tel: (973) 727-5588
Email: dvgarapati@gmail.com
Plaintiffs, Pro Se

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2026 OCT 20 A 11:57

# CLOSED

**SO ORDERED.**

***/s/ Jamel K. Semper***
**HON. JAMEL K. SEMPER**
**United States District Judge**
**Dated: October 23, 2026**